## ALABAMA ET AL. *v.* UNITED STATES.

No. 324.  Decided October 22, 1962.

*MacDonald Gallion,* Attorney General of Alabama, and *Willard W. Livingston, Leslie Hall* and *Gordon Madison,* Assistant Attorneys General, for petitioners.

*Solicitor General Cox, Assistant Attorney General Marshall, Harold H. Greene* and *David Rubin* for the United States.

PER CURIAM.

The petition for writ of certiorari is granted and the judgment is affirmed.  *United States* v. *Thomas,* 362 U. S. 58.